EXHIBIT 3

Fox News: Authorities guarding man at local hospital - Boston News, Weather, Sports | F...

## Fox News: Authorities guarding man at local hospital

*Posted: Apr 16, 2013 6:13 AM EDT*
*Updated: Apr 16, 2013 11:55 AM EDT*

(Fox News) - The deadly bombing at the Boston Marathon that killed at least three and injured 176 is believed to be an act of terrorism, senior White House officials told Fox News.

Two explosions tore through the finish line of the world-famous race just before 3 p.m., going off simultaneously as throngs of onlookers watched runners complete the 26.2-mile trek. The timing of the blasts immediately sparked suspicions of a deliberate act.

"When multiple devices go off, that's an act of terrorism," a senior administration official told Fox News, just moments after President Obama delivered a statement to the nation and did not use the word "terror."

Authorities searched an apartment in the nearby Boston suburb of Revere as part of the investigation into the explosions. FoxNews.com saw federal, state and local law enforcement entering the building late Monday night and early Tuesday morning.

Sources confirmed to FoxNews.com that the apartment being searched in connection to the bombings is on the fifth floor of the building.

A source close to the investigation confirms to FoxNews.com the man whose apartment was searched is considered a person of interest in the case, and is the same person of interest Fox News confirmed earlier authorities are guarding at a local hospital.

The source confirmed to FoxNews.com that the person of interest is Abdul Rahman Ali Alharbi, a 20-year-old Saudi. His Facebook page identifies him as a current or former student at the New England School of English. He is believed to have entered the country on a student visa.

The source stressed that Alharbi is a person of interest, not a suspect, and said he suffered serious injuries in the explosion.

Investigators were seen leaving the Revere house early Tuesday carrying brown paper bags, plastic trash bags and a duffel bag, according to the Associated Press.

The Pakistani Taliban, which has threatened attacks in the United States because of its support for the Pakistani government, denied any role in the marathon bombings Tuesday.

The group's spokesman, Ahsanullah Ahsan, denied involvement in a telephone call with The Associated Press. He spoke from an undisclosed location.

Federal investigators said Monday no one had claimed responsibility for the devastating attack on one of the city's most famous civic holidays, Patriots Day.

"There is no suspect," said Boston Police Commissioner Edward Davis said Monday amid reports of the person of interest. "There are people we're talking to."

A first responder source confirms to Fox News that five total explosive devices were found in the

DEF-0067

Boston area, including the two that exploded. Authorities spent the next several hours sweeping the area for additional devices.

Davis said at an evening press conference the bombing killed "at least three," and multiple reports said one of the dead was an eight-year-old boy. A source tells the Associated Press the boy's mother and sister were also injured as they waited for his father to finish the race.

A first responder source tells Fox News all of the victims were either bystanders or marathon runners, and that two of the deceased were adults.

In addition to the deaths, 176 people were injured, 17 critically.

At Massachusetts General Hospital, Alasdair Conn, chief of emergency services, said: "This is something I've never seen in my 25 years here ... this amount of carnage in the civilian population. This is what we expect from war."

Boston Police Commissioner Edward Davis said during a press conference that no suspect is in custody. The first two explosions occurred at 2:50 p.m. – nearly five hours after the marathon began – about 50 to 100 yards apart, according to Davis. A third explosion occurred near the John F. Kennedy Presidential Library and Museum in the Columbia Point section of Dorchester, several miles southeast of the marathon's finish line, at around 4:15 p.m. Police could not say if it was related to the earlier explosions.

The horror unfolded as the city marked the 238th annual Patriot's Day, commemorating the anniversary of the Battles of Lexington and Concord at the beginning of the Revolutionary War. Competitors and race organizers were crying as they fled the bloody chaos, while some witnesses reported seeing victims with lost limbs.

"Somebody's leg flew by my head," a spectator, who gave his name as John Ross, told the Boston Herald. "I gave my belt to stop the blood."

Twenty-six people were transported to Brigham and Women's Hospital, including a 3-year-old, who was then taken to a children's hospital. A doctor at the hospital said at least two of the patients there are in critical condition and that some have burns and injuries that will likely require amputations.

"They just started bringing people in with no limbs," said runner Tim Davey of Richmond, Va. He said he and his wife, Lisa, tried to shield their children's eyes from the gruesome scene inside a medical tent that had been set up to care for fatigued runners, but "they saw a lot."

"They just kept filling up with more and more casualties," Lisa Davey said. "Most everybody was conscious. They were very dazed."

Witnesses heard booms that sounded like two claps of thunder near the finish line inside the Fairmount Copley Plaza Hotel, according to multiple local reports. Video of the scene showed a number of emergency crews in the area tending to victims and blood on the ground near the finish line.

"I saw two explosions. The first one was beyond the finish line. I heard a loud bang and I saw smoke rising," Boston Herald reporter Chris Cassidy, who was running in the marathon, told the newspaper. "I kept running and I heard behind me a loud bang. It looked like it was in a trash can or something...There are people who have been hit with debris, people with bloody foreheads."

"There are a lot of people down," said one man, whose bib No. 17528 identified him as Frank Deruyter of North Carolina. He was not injured, but marathon workers were carrying one woman, who did not appear to be a runner, to the medical area as blood gushed from her leg. A Boston police officer was wheeled from the course with a leg injury that was bleeding.

About three hours after the winners crossed the line, there was a loud explosion on the north side of Boylston Street, just before the photo bridge that marks the finish line. Another thunderous explosion could be heard a few seconds later.

DEF-0068

Fox News: Authorities guarding man at local hospital - Boston News, Weather, Sports | F...

Runner Laura McLean of Toronto said she heard two explosions outside the medical tent.

"There are people who are really, really bloody," McLean said. "They were pulling them into the medical tent."

Cherie Falgoust was waiting for her husband, who was running the race.  "I was expecting my husband any minute," she said. "I don't know what this building is ... it just blew. Just a big bomb, a loud boom, and then glass everywhere. Something hit my head. I don't know what it was. I just ducked."

While the White House does in fact believe terrorism was at play, lawmakers were increasingly reaching the same conclusion.

Sen. Dianne Feinstein, D-Calif., chairwoman of the Senate Intelligence Committee, reportedly said her understanding it "that it's a terrorist incident."

Sen. Saxby Chambliss, R-Ga., top Republican on that committee, also said that "as the evidence mounts that this was a terrorist attack, our intelligence and law enforcement agencies must do whatever is necessary to find and interrogate those responsible so we can prevent similar attacks."

Authorities in New York, meanwhile, are deploying counter-terrorism vehicles around landmark sites in Manhattan, including prominent hotels, according to the New York City Police Department.

Nearly 25,000 people, including runners from around the world, competed in Boston's celebrated 26.2-mile race, attracting huge throngs of onlookers, especially near the finish line.

"This is a horrific day in Boston," Massachusetts Gov. Deval Patrick said in a statement. "My thoughts and prayers are with those who have been injured. I have been in touch with the President, Mayor [Thomas] Menino and our public safety leaders. Our focus is on making sure that the area around Copley Square is safe and secured. I am asking everyone to stay away from Copley Square and let the first responders do their jobs."

Anyone with information on the bombings is being urged to call Boston authorities at 1-800-494 -TIPS.

**Read more: <u>foxnews.com</u>**

DEF-0069

CBSNews.com   CBS Evening News   CBS This Morning   48 Hours  /  60 Minutes  ·  Sunday Morning   Face The Nation                    Log In   Search

HealthWatch | Note to Self | Green Room | Saturday | More‣    The Rundown‣

CBS NEWS / *April 16, 2013, 10:34 AM*

# FBI, Boston PD "very interested in" Saudi person of interest

Comment /   Shares /   Tweets /   Stumble /   Email                    More +

(CBS News) Federal and local law enforcement searched an apartment in the Boston suburb of Revere, Mass., on Monday night, as part of the active investigation into the Boston marathon bombings.

Authorities say there is no clear suspect, but John Miller, a CBS News special correspondent and a former assistant director at the FBI, said Tuesday morning the latest focus continues to be "that apartment in Revere, on the person of interest that they've been interviewing since the bombing."

Miller explained that the Revere search warrant is part of the same probe as the questioning of a Saudi national who was hospitalized after the attack.

"All of that is the same," Miller said. "The Saudi national is ... here on a student visa. He was at the scene along with many other people when the blast happened. As everybody is standing in shock, three Boston PD detectives see this guy moving quickly out of the crowd. As they're watching him, he seems to be moving very deliberately away -- which could be a very natural thing after a bombing -- they stop him because he's covered with blood ... they think he may be injured...they engage him, they start asking questions ... there are things about his responses that made them uncomfortable, so they arranged to get him to the hospital."

DEF-0070

"They stayed with him. The FBI has come along, they're talking to him. So he's somebody that they're really interested in."

**Special section: Boston Marathon bombings**
**Boston blasts prompt major cities to step up security**
The investigation is still in the early phases as authorities focus on combing through closed circuit camera footage, spectator videos and photos, and other evidence from the the scene of the blasts. "They're doing a grid on every approach to that location where the bombs went off," Miller said. "They're downloading every piece of tape from anything that recorded."

The two detonated devices will also provide critical information to investigators, who will "pick up every scrap, every fragment" to conduct chemical analysis. According to Miller, the early analysis indicates that the bombs were "not very sophisticated" and likely made with "something very simple like smokeless black powder, a low-order explosive ... but enough to do the job in a big crowd." He explained that it is too early to ascertain the bomber's so-called "signature," which could help authorities narrow down possible suspects.

"Where you find the bomber's signature [is in] how you twist the wire, what he uses as a fuse and they don't have all those pieces together yet."

While no group has claimed responsibility for the attack, Miller addressed speculation by lawmakers that it could be tied to al Qaeda or other foreign terror groups.

Miller acknowledged that it could be the work of al Qaeda, explaining that in the online al Qaeda magazine, Inspire, "they actually have instructions for these bombs, you see these simple bombs," but added that "we've seen these kinds of devices in domestic terror."

© 2013 CBS Interactive Inc. All Rights Reserved.

DEF-0071

FBI, Boston PD "very interested in" Saudi person of interest - CBS News

| CBSNews.com | CBS Interactive | Follow Us | | |
| --- | --- | --- | --- | --- |
| Site Map | Privacy Policy | Facebook | | Copyright © 2014 CBS Interactive Inc. |
| Help | Terms of Use | Twitter | | All rights reserved. |
| Contact Us | Mobile User Agreement | RSS | | |
| CBS Bios | About CBS | Email Newsletters | Search... | |
| Careers | Advertise | YouTube | | |
| Internships | Closed Captioning | CBS Radio News | | |
| Development Programs | | CBS Local | | |

DEF-0072

NEWS

# FBI grills Saudi man in Boston bombings

By Larry Celona

April 16, 2013 | 4:00am



An FBI investigator examines a bag inside an apartment in Revere, in a building on the street where a man being questioned in the bomb attack lives.
Photo: William Farrington

SAFE NOW: A runner is comforted by a friend near Kenmore Square on the Boston Marathon route after yesterday's double terrorist bomb blasts. (Getty Images)

Police took a 20-year-old Saudi national into custody near the scene of yesterday's horrific Boston Marathon bomb attack, law-enforcement sources told The Post.

The potential suspect was questioned by the FBI and local police yesterday at Boston's Brigham and Women's Hospital, where he was under heavy guard while being treated for shrapnel injuries to his leg sustained in the blast.

In late afternoon, a large group of federal and state law enforcement agents raided an apartment in a building in the Saudi man's hometown of Revere, Mass.

FBI agents could be seen through one window. It was not clear what, if anything, they found. But Revere fire officials said they were called out to support bomb-squad officers as part of an investigation of a "person of interest" in the marathon attack.

At the hospital, investigators seized the man's clothes to examine whether they held any evidence that he was behind the attack. The law-enforcement sources also told The Post that the man was not free to leave the medical center.

He had suffered shrapnel wounds to the back of a leg but was not likely to die, a source said.

As of last night, investigators had not yet directly asked the man whether he had set off the bombs. But they had asked him general questions, such as what he was doing in the area.

The potential suspect told police he had dinner Sunday night near Boston's Prudential Center, about half a mile from the blast site, the sources said.

He also said that he went to the Copley Square area yesterday to witness the finish of the race.

The sources said that, after the man was grabbed by police, he smelled of gunpowder and declared, "I thought there would be a second bomb."

DEF-0073

FBI grills Saudi man in Boston bombings | New York Post

He also asked: "Did anyone die?"

Officials showed up at the Revere apartment at about 5:30 p.m. in unmarked vehicles, a resident of the building said. It's on a street where the man had lived, law-enforcement sources told The Post.

About an hour later, more vehicles, carrying agents of the FBI, Homeland Security and ATF also descended on the site, along with firefighters and a bomb squad. They searched an apartment on the fifth floor.

By midnight, most of the authorities had left the complex, which sits on a piece of ocean-front property in the seaside city.

Investigators were looking for anything that might have been used set to off the devices, including a remote control.

According to a report by CBS News, the man was initially tackled by a bystander while running from the scene of the explosions.

The bystander told police he grabbed the Saudi because he thought he was acting suspiciously.

Video Of Second Boston Marathon Explosion
A runner captured the second explosion during the Boston Marathon.                    Boston



*Additional reporting by*

*Kate Kowsh in Revere, Mass.*

DEF-0074

FBI grills Saudi man in Boston bombings | New York Post

© Copyright 2014 NYP Holdings, Inc. All rights reserved

http://nypost.com/2013/04/16/fbi-grills-saudi-man-in-boston-bombings/

DEF-0075

5/20/2014      FBI grills Saudi man in Boston bombings | New York Post

TERMS OF USE | PRIVACY

DEF-0076

The Boston Globe                **Metro**

# 3 killed in Marathon blasts

By Mark Arsenault  | GLOBE STAFF  APRIL 16, 2013

Two bomb blasts, 12 seconds apart, rocked the finish line of the 117th running of the Boston Marathon Monday, killing at least three people, including an 8-year-old Dorchester boy, wounding more than 140, and leaving the sidewalks of Boylston Street covered in blood.

Medical professionals on hand to care for blisters and sore knees in Copley Square suddenly found themselves treating life-threatening lacerations and lost limbs, as a high holiday in Boston, Patriots Day, turned into an epic tragedy. Emergency workers rushed

http://www.bostonglobe.com/metro/2013/04/15/three-killed-more-than-injured-marathon-blast/

DEF-0077

to the scene, despite the very real possibility of more blasts.



**Eight-year-old Martin Richard was killed in the attack, and his mother and sister suffered grievous injuries.**

CONTINUE READING BELOW ▼

The explosions blew out windows, sent plumes of smoke into the sky, and left victims piled on each other in a scene far more reminiscent of a battlefield than a celebrated day in Boston's Back Bay. The blasts occurred at 2:50 p.m., several hours after the elite runners had finished the race.

About 30 people were transferred to hospitals under a Code Red, meaning life-threatening injuries, which may point to a rising death toll, said a law enforcement official.

Flags were lowered to half-staff in Washington, D.C., and around the nation, as the country mourned with Boston.

"We will find out who did this; we'll find out why they did this," pledged President Obama, in remarks from the White House. "Any responsible individuals, any responsible groups will feel the full weight of justice."

**Related**

PHOTOS



**Boston Marathon terror**

Graphic: Timeline of explosions

▪ More coverage of the attack

The grief resonated sharply in Dorchester,
where residents gathered Monday night at Tavolo Restaurant in memory of 8-year-old
Martin Richard, who was killed in the attack, and his mother and sister, who suffered
grievous injuries. Martin's father, Bill, is a community leader in the Ashmont section of
Dorchester. A third child was reportedly uninjured.

CONTINUE READING BELOW ▼

"They are beloved by this community," said City Councilor at Large Ayanna Pressley,
who was among the mourners. "They contribute in many ways. That's why you see this
outpouring. It's surreal, it's tragic"

A massive investigation was underway Monday night under the direction of the FBI, as
much of the Back Bay was locked down to protect the sprawling crime scene. Last night,
officials called the investigation "very active and fluid." Authorities were questioning at
least one person at Brigham and Women's Hospital, said sources familiar with the
situation. Police Commissioner Edward F. Davis said no one was in custody.

"Any event with multiple explosive devices, as this appears to be, is clearly an act of
terror, and will be approached as an act of terror," a White House official said. "We don't
yet know who carried out this attack, and a thorough investigation will have to
determine whether it was planned and carried out by a terrorist group, foreign or
domestic."

The person questioned in the hospital was a Saudi national, who was reportedly tackled
and held by a bystander after he was seen running from near the scene of the explosion,
said a law enforcement source who spoke with someone involved in the FBI's
investigation.

The Saudi man, believed to be a university student in Boston, is cooperating with the
FBI and told agents that he was not involved in the explosions, and that he ran only
because he was frightened. Investigators did not characterize the man as a suspect. No
one had been arrested or charged by late Monday night.

Hospital officials said late last night that tests showed no radiation or biological agents on
the victims. Although many people were wounded by flying shrapnel, it did not appear
the bombs had been packed with nails or other fragments to increase the injuries.

Twitter and the Internet overflowed with rumors in the aftermath of the blast, some of which were later debunked. Law enforcement and city officials disputed published reports that investigators had discovered one or more bombs that had failed to explode.

Law enforcement officials also descended late Monday on a high-rise apartment building in Revere and conducted a search related to the investigation, said an official with knowledge of the search.

FBI and Homeland Security agents were seen entering the Water's Edge apartment complex at 364 Ocean Ave.. The several police vehicles gathered outside left the scene before midnight.



JOHN TLUMACKI/GLOBE STAFF

A woman received help at the scene of the first of two explosions on Boylston Street Monday. Medical workers at the finish line treated life-threatening wounds and losses of limbs.

The Revere Fire Department was called in to assist State Police in the search of an apartment unit of a "person of interest," according to a statement from the department.

A city touched 11 years ago by terrorism, when 9/11 hijackers took off from Logan Airport, was touched again, in a plot to inflict untold casualties at the city's annual Marathon celebration, the one day each spring when the attention of the sporting world is on Boston.

The attack truncated the world's most prestigious road race, which draws runners from across the globe, and will forever mar what is annually the city's most uplifting day: Marathon Monday.

"It puts a cloud over the event for everyone," said runner Maureen Tighe of Boston's North End. "The people who finished. The people who didn't. And the spectators. I don't know if it will ever be the same."

Marathon officials and police immediately ended the race after the explosions, turning runners away from Copley Square. Officials told television viewers to stay out of the city and asked runners and spectators to go home or back to their hotels and avoid gathering in crowds.

DEF-0080

The aftermath of the tragedy is expected to be felt across the city Tuesday. Governor Deval Patrick, who provided updates through the afternoon and evening, said the blast area is expected to be closed Tuesday. He said Boston "will not be business as usual," after the terrorist attack and that police presence will be heavy in the city. MBTA riders can expect random bag searches.

The closed-off area spans the length of Boylston between Berkeley Street and Massachusetts Avenue, and on either side of Boylston from Newbury Street to Huntington Avenue, a section nearly a mile long and three blocks across, he said.

Investigators faced an overwhelming crime scene, littered with bags dropped by people fleeing the blasts.

Police had to treat every backpack and gym bag as a potential deadly threat. Authorities blocked cellphone service to the area to prevent any other device from being detonated by phone, leaving thousands of athletes and spectators unable to call loved ones to make sure they were OK.

Police locked down a 15-block area around the scene of the attack, in the heart of the Back Bay neighborhood. State Police sent units to every hospital in the city and to South Station to provide security and swept the State House for bombs, as a precaution.

Eyewitnesses to the blasts reported a sudden shock, followed by unreal scenes of human carnage.

"I saw white smoke and at first I thought it might be a firecracker but it was really loud," said Megan Raftery, who was standing near the finish in front of the Mandarin hotel with her two young sons, waiting to cheer on her Marathon-running husband.

Seconds later, a second explosion directly across Boylston Street, near the Apple store, shot debris high in the air. And when Raftery looked down she saw that the explosion had blown a man's leg off, just below the knee. "You could see stuff just flying," she said. "I looked across the street and I could see a man on the sidewalk. There was blood and part of his leg was just gone."

Ron M. Walls, chief of emergency medicine at Brigham and Women's, said the hospital had received 26 of the wounded. The youngest was 3 years old and was sent to Children's Hospital; the oldest was 62.

DEF-0081

The injuries included eardrum damage, serious limb and head injuries, but no amputations, he said. Some victims had burns, including one with very significant burns. "I haven't seen anything like this anywhere before," he said. "These types of events are things we drill for and practice for and get ready for, but you don't expect you're going to see it."

A US Immigration and Customs Enforcement officer was among those who sustained less than life-threatening injuries from the explosion, said a federal law enforcement official with direct knowledge of the information. The officer was off duty and was watching the race with the rest of the spectators. He was taken to a hospital for treatment.

The Patriots Day holiday is steeped in Boston sports tradition, when the Red Sox play a rare morning game at Fenway Park, and the best runners on the planet race from Hopkinton to Copley Square, on a 26.2-mile course lined by millions of cheering, celebrating fans.

As part of the prerace security stepped up since the 9/11 terrorists attacks, Boston police had swept the streets for explosives, said State Police.

Relatives of those killed in the Sandy Hook school shooting massacre were guests at the finish line tent, near where the bombing occurred; a theme of this year's marathon was "26 Miles for 26 Victims," referring to those killed in the Newtown, Conn., shooting.

Hours after the blasts, on the outer edge of the Boston Common, across from the Public Garden, Royal Courtain was with his wife, Cindy, as heavily armed police and SWAT officers with automatic weapons entered the Common.

Courtain was about 100 yards from the finish line when the explosions occurred. Cindy had just finished her first Boston Marathon.

"I crossed the finish line and saw the bodies," he said. "People were on the course rolling around, probably from the noise. I saw injuries."

He paused and covered his face. "Some missing legs." After the worst 30 minutes of his life, Courtain got a call from his wife saying she was unhurt.

DEF-0082

The Boston Athletic Association called Monday "a sad day for the city of Boston, for the running community, and for all those who were here to enjoy the 117th running of the Boston Marathon."

"What was intended to be a day of joy and celebration quickly became a day in which running a marathon was of little importance," the BAA said.

*Travis Andersen, Billy Baker, Brian Ballou, Laura Crimaldi, Kevin Cullen, Carolyn Y. Johnson, Kay Lazar, Shelley Murphy, Maria Cramer, Michael Rezendes, Maria Sacchetti, and Lisa Wangsness of the Globe staff and Globe correspondents Derek J. Anderson and Todd Feathers contributed. Mark Arsenault can be reached at arsenault@globe.com.*

© 2014 BOSTON GLOBE MEDIA PARTNERS, LLC

Investigation widens as search of Saudi national's apartment turns up nothing terrorism related | New York Post

# Investigation widens as search of Saudi national's apartment turns up nothing terrorism related

By Kate Kowsh

April 16, 2013 | 2:29pm



Mohammed Badawood, 20, is the roommate of the Saudi national being questioned by the FBI.
Photo: William Farrington



An FBI investigator examines a bag inside an apartment in Revere, in a building on the street where a man being questioned in the bomb attack lives. (William Farrington)



(Facebook)

DEF-0084

Investigation widens as search of Saudi national's apartment turns up nothing terrorism related | New York Post



Wounded bomb victims lie sprawled amid a chilling, surreal scene in Boston. (AP)



FBI investigators leaving the apartment building following a raid of the Saudi man's home. (William Farrington)

Investigators have ruled out the Saudi national questioned in connection with yesterday's Boston Marathon bombing as a suspect after a search of the man's apartment and computer turned up nothing explosive- or terrorism-related, law-enforcement sources said.

The FBI-lead investigators are continuing to probe the man's background but are also conducting a wider search of terrorism websites and chatter, surveillance footage, and the ball bearings and nails used in the two bombs, the sources said.

According to CNN, investigators have also found no link from the bombings to foreign or al-Qaeda connections.

TWIN BLASTS ROCK BOSTON MARATHON

FBI GRILLS SAUDI MAN IN BOSTON BOMBINGS

PHOTOS: EXPLOSIONS ROCK BOSTON MARATHON

A roommate of the man described him as "a good boy," incapable of such a monstrous attack.

Investigators early last night converged on a fifth-floor apartment where the person of interest lives with two roommates.

Mohammed Badawood, 20, described the man as "quiet and clean" and said he last saw him two days ago. Badawood told The Post he moved into the apartment about five months ago.

"He's a good boy," Badawood said of his roommate today. "I think he couldn't do that."

Officials showed up at the Revere apartment at about 5:30 p.m. yesterday in unmarked vehicles, a resident of the building said.

About an hour later, more vehicles, carrying agents of the FBI, Homeland Security and ATF also descended on the site, along with firefighters and a bomb squad.

Badawood said officials were searching his apartment when he arrived home last night at around 7.

Badawood said nothing was taken from the home and that officials told him the Saudi national was injured in the blast.

However, officials were later seen carrying bags out of the apartment complex. It is unclear if those items came from that apartment.

NYPD Commissioner Ray Kelly said today, "There are no specific threats against New York City but in the aftermath of the things that Boston's experienced, we prepared as if yesterday was a prelude to an attack here in New York, in that, indeed, has been our

DEF-0085

SOP, our standard operating procedure since 9/11."

Last night, Revere fire officials said they were called out to support bomb-squad officers as part of an investigation of a "person of interest" in the marathon attack.

By midnight, most of the authorities had left the complex, which sits on a piece of oceanfront property in the seaside city.

Investigators were looking for anything that might have been used set to off the devices, including a remote control, sources said.

Marcus Worthington, 24, a law student who lives in a neighboring building, said an ATF official told him investigators were responding to a tip about one of the apartments.

"He said that they were investigating a tip about a dangerous device in one of the apartments," he said.

"I did ask him if it was a bomb or something, but he wouldn't answer."

Yesterday, police took the 20-year-old Saudi national into custody near the scene of yesterday's horrific Boston Marathon bomb attack, law-enforcement sources told The Post.

The Saudi national was questioned by the FBI and local police at Boston's Brigham and Women's Hospital, where he was under heavy guard while being treated for shrapnel injuries to his leg.

He had suffered shrapnel wounds to the back of a leg but was expected to survive those injuries, a source said.

At the hospital, investigators seized the man's clothes to examine whether they held any evidence that he was behind the attack. The law-enforcement sources also told The Post that the man was not free to leave the medical center.

As of last night, investigators had not yet directly asked the man whether he had set off the bombs. But they had asked him general questions, such as what he was doing in the area.

The man told police he had dinner Sunday night near Boston's Prudential Center, about half a mile from the blast site, the sources said.

He also said that he went to the Copley Square area yesterday to witness the finish of the race.

The sources said that, after the man was grabbed by police, he smelled of gunpowder and declared, "I thought there would be a second bomb."

He also asked: "Did anyone die?"

The twin blasts injured 176 people — 17 critically, authorities said today. The official death toll remained at three, but a law-enforcement source told The Post it could be as high as 12.

One witness told The New York Times there appeared to be 10 to 12 fatalities, including "women, children, finishers." The wounds appeared to be "lower torso — the type of stuff you see from someone exploding out," he said.

The dead included 8-year-old Martin Richard, whose mom and sister were hurt as they waited for his dad to finish running. Richard's father, Bill, is a community leader in Dorchester.

Bomb-detecting cops swept the finish-line area twice yesterday morning — once early and again an hour before the first runners crossed, Boston police commissioner Ed Davis said.

"Those two EOD sweeps did not turn up any evidence," Davis said.

But the city's top cop said there was no way to prevent an attacker from coming and going, and perhaps planting explosives after police had swept the area.

"People can come and go and bring items in and out," Davis said.

Police have not found any other explosives beyond the two that went off.

DEF-0086

Richard DesLauriers, the FBI's special agent in charge of the agency's Boston office, vowed to go to the "ends of the earth" to hunt down the terrorists.

"This will be a worldwide investigation," he said. "We will go to the ends of the earth to identify the subject or subjects who are responsible for this despicable crime and we will do everything we can to bring them to justice."

Cops appealed to marathon spectators, asking for any still pictures or video shot in the neighborhood yesterday.

Even footage blocks away, well before or after the blast, might become crucial.

"Any information or photographs that happened — not just at that scene but anywhere in the immediate vicinity could be helpful to this investigation," Davis said.

*Additional reporting by David K. Li*

DEF-0087

Investigation widens as search of Saudi national's apartment turns up nothing terrorism related | New York Post

© Copyright 2014 NYP Holdings, Inc. All rights reserved
TERMS OF USE | PRIVACY

DEF-0088

The Boston Globe **Metro**

# Revere man not suspected in bombing

By <u>Steven A. Rosenberg</u>, <u>Maria Sacchetti</u> and <u>Travis Andersen</u>  | GLOBE STAFF  APRIL 16, 2013

REVERE — The Saudi Arabian man whose apartment was searched by Boston Marathon bombing investigators is not a person of interest in the continuing search for the persons responsible for Monday's terrorist attack.

"He has been checked out," said a law enforcement official briefed on the investigation. "He is not involved. He is just a victim."

CONTINUE READING BELOW ▼

Earlier today, Mohammed Bodawood, told the Globe he doubted there was a link between his roommmate and the bombings.

"I don't think he could do that," Bodawood told the Globe.

Bodawood described the man as a devout Muslim who is 20 years old and a fan of soccer.

Also earlier today, a spokesman for the Saudi embassy in Washington said US officials had told the embassy Monday night that the man was not a suspect and was cooperating with the investigation.

"He's been fully cooperating with authorities. We were informed by US authorities that no Saudi is a suspect," said Nail Aljubeir.

http://www.bostonglobe.com/metro/2013/04/16/don-think-could-that-says-roommate-saudi-arabian-man-questioned-marathon-bombings/Ec9tMf5ZbYFIM6SuXiFoVO/story.html

DEF-0089

"We want to know about it [the investigation] as much as everybody else. "We're working very closely with US authorities on this. As of yesterday, we were informed that there were no Saudi suspects. He's more a witness than anything else," he said.

Aljubeir lamented that some news organizations published reports that a Saudi was a suspect, saying it endangered people at a time when Saudi-US relations are improving in part because of a concentrated effort to send more Saudi students to study in the United States and get to know America.

"It is a concern," he said. "We're concerned about the backlash against students based on a false story."

*Steven A. Rosenberg can be reached at srosenberg@globe.com.*

© 2014 BOSTON GLOBE MEDIA PARTNERS, LLC

http://www.bostonglobe.com/metro/2013/04/16/don-think-could-that-says-roommate-saudi-arabian-man-questioned-marathon-bombings/Ec9tMf5ZbYFIM6SuXiFoVO/story.html

DEF-0090

# gulfnews.com

## Gulf | Saudi Arabia

# Boston bombings: Father of Saudi student blasts media

## Media urged not to rush to conclusions as US investigators say 20-year-old was not involved

By Habib Toumi; Bureau Chief
Published: 15:53 April 17, 2013

GULF NEWS



Image Credit:
Caption: Abdul Rahman Credit: Sabq

Manama: The father of the Saudi student who was

DEF-0091

hospitalised with burnt hands following the explosions in Boston insists that his son is innocent and has criticised the media for rushing to brand him a suspect in the attacks.

"My son Abdul Rahman is faring well and he is receiving excellent care at the hospital where he is hospitalised," Ali Eisa Al Harbi said. "Unfortunately, some print, online and broadcast media rushed into claiming that he was a suspect in the explosions. The reports caused deep fear and panic among his family and I wish the media would exercise more caution when reporting news, especially about those who are not in their homelands," he said, quoted on Wednesday by Saudi news site Sabq.

The father added that US officials have already declared that his son was not involved in the explosion and that he was just a victim.

"I do value this testimony by the US authorities. My son is fully committed to respecting and complying with all the laws in the US and he cannot nurture any negative attitudes anywhere," he said.

Initial reports claimed that Abdul Rahman, 20, was under arrest for an alleged role in the twin blasts.

An Israeli site claimed that "the investigation has in fact homed in on a suspected terror cell of three Saudi nationals, very possibly tied to Al Qaida."

"The flat they share in the Revere, Massachusetts, near Boston, was searched after the questioning of one of the suspects, a Saudi student, who was hospitalised with badly burnt hands," the site said. "One of his flatmates was taken into custody over 'visa problems.' A third is on the run. All three hail from a prominent Saudi family

DEF-0092

belonging to a tribe from the Asir province bordering on Yemen."

According to the report, "the origins of the Saudi cell, if confirmed, strongly suggest that Al Qaida [in the Arabian Peninsula] succeeded in planting a cell in the United States for the bombing attack in Boston —and possibly more than one in other parts of the US."

However, a US law enforcement officer said that the Saudi student whose apartment was searched by the Boston marathon bombing investigators "has been checked out."

"He is not involved. He is just a victim.," the officer said, quoted by the *Boston Globe* on Tuesday.

A Saudi embassy official in Washington reportedly said that US officials had told the diplomatic mission on Monday night that Abdul Rahman was not a suspect and that he was cooperating with the investigation.

"He's been fully cooperating with authorities. We were informed by US authorities that no Saudi is a suspect," Nail Al Jubeir told the *Boston Globe*. "We want to know about it [the investigation] as much as everybody else. We are working very closely with US authorities on this. As of yesterday, we were informed that there were no Saudi suspects. He is more a witness than anything else."

The father, in his interview with Sabq, said that his son was one of more than 70 people from various nationalities who were asked questions following the explosions.

"It was a routine procedure and they also searched his flat and talked with his roommates. There is nothing that

DEF-0093

Boston bombings: Father of Saudi student blasts media | GulfNews.com

links my son to the explosions," he said.

DEF-0094

Al-Harbi puts US media speculation to rest | Arab News — Saudi Arabia News, Middle East News, Opinion, Economy and more.

Home | Saudi Arabia | Middle East | World | Economy | Sports | Lifestyle | Opinion | Islam in Perspective | Careers | Ask an Expert

# Al-Harbi puts US media speculation to rest



Saudi student Abdulrahman Al-Harbi

JEDDAH: ARAB NEWS
Published — Saturday 20 April 2013          Last update 21 April 2013 12:37 am



— SMS news alerts

arab news

SUBSCRIBE TODAY
breaking news
direct to your
mobile

Tweet 7   +1 0       Like      Share

Saudi student Abdulrahman Al-Harbi, who was injured in the second explosion at the Boston Marathon bombings, said US authorities' questioning at the hospital took no more than two hours.

Al-Harbi said he did not run after he was injured and was not arrested. "No one stopped me. When I was injured I asked a police officer where to go. I was the first injured person to arrive in hospital," he told a local Arabic daily.

"The police asked to search my apartment as a precaution because I was the first to arrive in the hospital and I consented." Al-Harbi, 20, is studying engineering in the United States on a scholarship.

Al-Harbi was watching the Boston Marathon on April 16 when two bombs placed on the sidewalk exploded. He sustained injuries in the body.

Another Saudi, identified as Noura Al-Ajaji, was said to have sustained a slight injury and was declared out of danger.

Some US media outlets claimed Al-Harbi tried to flee the bombing scene and that police arrested

http://www.arabnews.com/news/448780

**DEF-0095**

him, which he denied, saying that he had not been          More
guarded at the hospital because he was not a
suspect. He said the second explosion took place behind him and his
injury was minor.

Al-Harbi thought the questioning was normal since every injured
person in the hospital was interrogated. He said there was an
increased security presence at the hospital but he was not guarded
individually.

"Two investigators questioned me about what I saw and where I was
and other information that may be of use," Al-Harbi said. "Then they
asked for my permission to search my apartment and I agreed." Al-
Harbi said that the erroneous media reports made him decide to
change his apartment because they included his address and even
photographs of his place "which is a violation of privacy." Al-Harbi's
father said his son was just one of more than a hundred people of
various nationalities questioned by investigators looking into the
blasts that killed three people and injured 175 others.

On Wednesday, Al-Harbi posted on his Twitter account his photos,
one of them showing him with the Saudi consul general in New York,
Azzam Al-Gain, during the official's visit to Al-Harbi's hospital room.

Al-Harbi had been a hot topic in the US media, with one article
published by The New Yorker questioning whether he was the victim
of racial profiling.

DEF-0096

Al-Harbi puts US media speculation to rest | Arab News — Saudi Arabia News, Middle East News, Opinion, Economy and more.

FACEBOOK

Arab News
Like  601,085

HOME
GALLERY
Ask an
Expert
CAREERS

SAUDI
ARABIA
MIDDLE
EAST
WORLD

ECONOMY
Corporate

Editoria
Columns
Letters
Cartoons

SPORTS

Islam in
Perspective

LIFESTYLI
Art &
Culture
Fashion
Food &
Health
Offbeat
Technolog
Travel

ABOUT US
Contact us
Advertisin
Terms of u
Copyright

Follow Us
Apps

© Copyright of Arab News 2013

DEF-0097

Saudi Gazette - I'll resume my education — injured Saudi student

20 Rajab 1435 H

This Article is Printed from http://www.saudigazette.com.sa  You can access this page through this link  http://www.saudigazette.com.sa/index.cfm?
home.con&contentid=20130422162429

## FRONT PAGE

## I'll resume my education — injured Saudi student

Last updated: Monday, April 22, 2013 11:08 AM

**Okaz/Saudi Gazette report**

**BOSTON** — A Saudi student who was injured in a bomb attack in Boston has said that he would continue his education.

Ali Al-Harbi was released after five days from hospital, where he received treatment for injuries he suffered from the explosion.

He said the incident would not prevent him from achieving his future goals.

He expressed gratitude to everyone who inquired about his condition, especially the Saudi Consul General in New York Azzam Al-Qain.

Al-Harbi's father said he received a call from his son notifying him of his release from the hospital.

He also expressed his gratitude to the government for its care of Saudis and the embassy's continued follow-up calls.

The other Saudi injured in the explosion, Noorah Al-Ajaji, a master's dentistry student, is still in hospital.

She underwent three operations and is expected to be released tomorrow.

This Article is Printed from http://www.saudigazette.com.sa  You can access this page through this link  http://www.saudigazette.com.sa/index.cfm?
home.con&contentid=20130422162429

Saudi Gazette All Rights Reserved. ®
Jeddah: 6760000

**DEF-0098**

- <u>about</u>
- <u>Current Issue</u>
- <u>Past issues</u>
- <u>Subscribe</u>
- <u>Contact</u>



 <u>The Islamic Monthly</u>
<u>Best in Industry!</u>   Follow us



Facebook Page



Subscribe to RSS

search...    [ Go ]

- <u>Home</u>
- <u>Columns</u>
- <u>America</u>
- <u>Culture</u>
- <u>Society</u>
- <u>Global</u>
- <u>Interviews</u>
- <u>Sci-Tech</u>

# EXCLUSIVE INTERVIEW: Boston Marathon "Saudi Man" transcript

May 21, 2013 12:31 am <u>2 comments</u> Views: 1918

**Share this:**    Facebook 41    Twitter 11    Google

Transcript of the interview between Abdulrahman Alharbi and TIM Editor-in-Chief Amina Chaudary. Interview

DEF-0099

EXCLUSIVE INTERVIEW: Boston Marathon "Saudi Man" transcript

was conducted in Boston, MA.



**TIM:** *Abdulrahman [Ali Alharbi] had heard about the marathon from his teacher. He was planning on meeting some friends for lunch and thought that, on his way to lunch, he would first stop at the marathon. He* took the subway toward the finish line. He saw runners who had already completed the run sitting there. He was a bit upset with himself for arriving so late but decided to continue walking up along Boylston Street to watch the other runners cross the finish line. After a few minutes, he thought he'd continue to walk ahead. With the finish line now behind him, he kept on walking. He was there for about 10 minutes.

ABOUT THE AUTHOR Amina Chaudary is the Editor in Chief of The Islamic Monthly

MORE BY THIS AUTHOR

**Abdulrahman Alharbi:** Everything was normal. After I passed the finish line I heard an explosion or something. I looked behind me and I saw smoke. I thought that it was … fireworks, so I just wanted to continue walking. Then suddenly in just 6 seconds, the second explosion just, I don't know if it was in front of me or behind me. And it threw me to the middle of the road. So I was really shocked for what happened to me.

I realized that my legs were a little bit hurt because all my jeans were [bloody]…I was bleeding a little bit in my legs but all my back was all [bloody] not because of my body but because of other people's body.

**TIM: There were people around you who were bleeding?**

AA: Yeah.

**TIM: What did you see when you were on the ground?**

AA: I couldn't see anything but I remember I saw, after the explosion, I saw a little part of, I don't know if it was a little part of a body or a dog in front of me, but I don't remember because it was really smoky around me.

I [was] really scared because I heard the first bomb, then the second bomb hurt me, then, I was really scared because there might be another one. Then, I just was walking and the people were crying "What happened, what happened?" I told them "I don't know there was an explosion or something."

**TIM: In one account that I read it said that somebody saw you running and then they tackled you.**

AA: No, no one arrested me, no one tackled me, no. All the people were trying to escape from what happened because they realized that there was something dangerous in the finish line.

**TIM: Did you notice anyone around you look at you in a particular way, or skeptically, because that's also one of the stories that was reported.**

AA: No. I talked to two police officers. The first one told me, while he was walking, "Go down [the] street, go down [the] street! You're gonna find [an] ambulance there." Then, one of the runners realized that I am injured. He just tried to help me to walk to the police officer, and I told him "Talk to the police officer. He is going to help us. Where should I go."He told me "Okay, okay, calm down. Everything is going to be fine, everything is going to be fine." He told the ambulance he is injured from what happened.

DEF-0100

Few police man officers came with me from the event to the hospital.

**TIM: So, two police officers came in the ambulance with you?**

AA: Three.

**TIM: Three came in the ambulance with you, and then all of the EMTs, the people who were helping you medically.**

AA: Yeah. They were really scared of me. I am injured, I don't have anything and they asked me "What you have in your hand!" I told them "Nothing, it's just a napkin!" and I throw it to them and they were like "ahh!"

They asked me couple of questions then I asked them "What happened?" They told me "We don't know, but if you can tell us what happened?"

I had no idea for what happened and what they were thinking about me. And I was just looking to my body and I was really shocked and trying to stop the bleeding in my nose.

**TIM narrative: Abdulrahman was transported, like many of the other victims that day to Brigham and Women's Hospital. He was first taken in to the emergency room for immediate triage, and then moved upstairs to another room.**

AA: All the police officers and the FBI and other guys, which I don't know where they are from, and all the nurses and the doctors were staring at me.

**TIM: When you arrived?**

AA: Yeah, I was looking to them like is it because of the color of my skin or is it because of the name of my country? They were staring at me without anything, like they just guessing.

While the nurses stop my bleeding, two minutes after I arrived at the hospital, after two minutes, the FBI came and other people, I don't know who are they, but I realized that there are a lot. They were like in the line asking me "Where are you from?" "What's your address?" "Where are you from?" "What's your name?" "What's your address?" I gave it to him. [But I was thinking], "Just wait a second they are helping me, the nurses, so just wait, I am injured." So, they should have wait a little bit because I don't know if I broke one of my bones. It was really scary. They were writing everything. I was trying to help them. I gave them everything I can.

**TIM: What else did they ask you for?**

AA: They were asking me about my Facebook account.

**TIM: You gave them your password for your Facebook account?**

AA: Yeah.

**TIM: And they took it?**

DEF-0101

AA: They took everything.

**TIM: So there are 20 of them in your hospital room, all around your bed.**

AA: All around the bed and in front of, they just was treating me like I did all these stuff.

I just said I should give my life to them.

**TIM: And they stayed how long in your hospital room, the whole day and the whole night?**

AA: The whole night and the whole day even if I was sleeping, they were just in front of me.

**TIM: 20 of them?**

AA: Yeah. In the beginning there were a lot, but after four hours, only the FBI and the SWAT. It was really scary.

**TIM: At any point on Monday did they ask you if you have a lawyer?**

AA: On the second day, before they left the hospital, they [asked] me: "Do you have a lawyer?" I told them I don't have, no, because I couldn't talk to any one, even my friends or my family. And my father just knew about me from Twitter.

**TIM: Your father found out about you from Twitter? How?**

AA: They got it from the news, the American news, and they translated it to my language.

**TIM: That just said that there is a Saudi national...**

AA: That there is a Saudi national and his name is Abdulrahman Ali Alharbi.

My friends asked the FBI, "What about our friend [Abdulrahman], we need to talk to him," [and] they asked them if I am really injured badly. They [the FBI] said, "Your friend [is] just injured." And they said, "Can we call him?" They said "No." "Where is he?" "We cannot tell you where he is." So, they really scared them. They thought that I am really injured.

After 15 hours, or at 12 o'clock on Monday,

**TIM: Midnight?**

AA: Yup, I realized that they knew that I am not a suspect. I saw the media because I had a T.V. in my room. I saw that they wrote that: "21 [-year-old] Saudi national questioned." I was asking myself and looking to the FBI and looking to the nurses. "Look! Why? Ok, I don't blame you, about your questions, I don't blame you. You are protecting your country but why did you show to the media that I am a suspect?" They [the media] said, Saudi man, suspect. Why? Did I do anything wrong? Do you have any evidence? Because as I heard from the media, that I was trying to escape. I wasn't. And they said that the police officer arrested me because I was behaving suspiciously. No. All these lies. I don't know from where did they get all these lies. But, I was really shocked and I saw all the nurses and the FBI were watching the T.V. and they just watched the T.V. And I realized that all the media in my apartment. They showed that

DEF-0102

and they did an interview with my roommate. And I was asking them: "You told me you were going to just search my apartment and I gave them the permission!" I still don't blame them, to this moment. But what I'm going to do after I [am] discharged from the hospital? It was a really scary moment. I looked to them they didn't say anything.

**TIM: Nobody said to you that, "We didn't tell them, we don't know how they got this information"?**

AA: They told me, "don't look [at] the media."

**TIM narrative: Sometime around midnight or after, they probably determined that he was innocent but it wasn't until Tuesday afternoon that the media reported that he was just a witness. At the time that we interviewed him, he was still residing in a hotel room and had not received his stuff back from the FBI.**

AA: If my embassy didn't help me out to rent a hotel, to eat, and all this stuff, I would be homeless or something. They took my wallet when I was in the hospital, so they took my credit card and everything I have. Everything. My laptop my iPad, my, even my camera. I couldn't take my exams because I didn't have any I.D.

**TIM narrative: But the most lingering problem that Abdulrahman faces is how he's reported in the media. This is perhaps the moment in our interview when he became the most emotional. He said they sensationalized so many things about him and his life, and created false stories about his photos on his Facebook posts. This is an example he shares.**

AA: I got from somewhere, I don't know from where, the Saudi flag and the American flag together and I wrote down in my language, "Thank God, I arrived [in] the U.S. after [a] long trip." They [the media] translated that I said, "God is coming to the U.S."

**TIM narrative: There were other stories that were made up about his photos. But humor aside, Abdulrahman remained quite shaken up when thinking about this.**

AA: They are still reporting about me that I am [a] suspect, I am trying to disappear from the people. Many, many lies. I can't imagine.

**TIM: Some people still are saying that you are behind the bombings, you think.**

AA: Yeah. There are a lot. I lost my privacy.

I have been trying to just forget it and all these stuff. ... But I couldn't forget, I am double injured from the explosion then from the media. So, it's not easy to forget. Because you just going to write my name and search about [me], you are going to think I am from Al-Qaeda and, like terrible things.

**TIM: What do you think when people are saying he has connections to Al-Qaeda? What do you say to that?**

AA: I'm just wondering from where, from where did they get all these lies? From where? But some of them said, "From our own sources." Say it. "From our own documents." Show it. Til this moment, show it. I need it, I hope to meet one of them just to show me where is your document that I am a suspect, that I am a

DEF-0103

terrorist.

I read a lot of articles that talked about me very badly, and all the comments they said, "Get out from our country, you are a terrorist." Actually it's not easy to study at the U.S. You [have to first] get good grades in my high school and the other exams. So almost all of them really want to study at this country. It's an amazing country. But I don't know why they thought that Saudian are the terrorists. We really hate the terrorist people. They don't compare between old man or a boy or 8 years old or 20 years old. They don't care they just killed everyone. Why they thought that we are thinking with the terrorist. We really hate them. They are killing everyone. They don't care. Why? Like what happened at the event [marathon]. Eight years old killed. Because of what? He didn't do anything. He just one of the children. It's really crazy. They killed in my country many people. They killed children and innocent lives. They are not Muslims. …

I don't know if I'm going to continue my studies. I came in to study my bachelor's, I have full scholarship from my country, I don't know if I am gonna be safe from other people. Because, I lost my privacy. So that's why I am really scared. So it's not [an] easy thing to just forget.

**TIM narrative: As I interviewed Abdulrahman, and listened to his story, I saw a young man shaken up by the bombings, but having no time to really heal from it.**

**When researching for this interview, I spent time going through the ways in which the media reported about him, what was said, how was it said.**

**As we, in America send out messages that we are Boston Strong, we are healing as a country, we will overcome, we will persevere, I wonder, have we forgotten Abdulrahman and if we failed to realize that he, too, needs time to heal. And perhaps he may never find that since somehow the media exposed everything about him. In certain cases, suspects' names are never released in case they turn out to be innocent. There is a reason behind that; if the name is released, the damage is irrevocable. Given the sensitivities towards acts of random violence like terrorism, what could be more damaging to someone than being labeled a terrorist?**

**If a person has nothing to do with the bombings, then he is as much a victim as anyone else, so why is he twice victimized? And in reference to the hateful write-ups that are still being circulated about him, I wonder, have some of us in America allowed hate to cloud our judgment? Why are we forgetting the American values of love, compassion, loving thy neighbor? When the founding fathers built this country they embraced, embraced all and recognized that we can all play a part in making this country great. That we have all types of professions, of diverse backgrounds and religions including Arabs, and South Asians, and African Americans, and Muslims, who help make America great. In a world in which we are threatened at losing our status as the best country in the world, we should honor and embrace those who make this their home. Make this their country. Work hard and make America great.**

**Perhaps this should make us question more about what we hear and what we read, about the unidentified "sources" that people claim. When many in the rest of the world suffer from lack of freedom of press, have we taken this concept of freedom of press in the wrong direction? Have we forgotten to do due diligence in our reporting? Are we acting as automatons taking for granted the ways in which the news can go viral, but at the same time can destroy someone's life given the Web's permanence of information.**

DEF-0104

EXCLUSIVE INTERVIEW: Boston Marathon "Saudi Man" transcript

At what point do we as a nation decide that the name of a person can be released into the public allowing for the presumption of guilt, practically destroying his ability to function as a normal member of society without a single shred of real evidence? And who should be held accountable for this failure and why is it that we are not holding them accountable? Who decided that giving this man's information to the media was in any way a fair or just thing to do? What benefit was gained from releasing his name to the public? If there was none, which seems to be the case, why was it released?

The focus of the public's anger is justifiably towards those who perpetrated this crime. However the ambivalence with which we have treated an individual who was unjustifiably placed in the ire of the public is itself objectionable.

This could have happened to anyone. It could have happened to any of us, and that is a fact that we should all be concerned about.

Visit us on the Web, theislamicmonthly.com and tsaml.org.

**Share this:**  Facebook 41   Twitter 11   Google

- Tweet 11
- Like 41
- 8+1 1

AROUND THE WEB                                                                                  WHAT'S THIS?

DEF-0105