UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDULRAHMAN ALHARBI</br></br>Plaintiff,</br></br>v.</br></br>GLENN BECK; THE BLAZE, INC.</br>MERCURY RADIO ARTS, INC.; and</br>PREMIERE RADIO NETWORKS, INC.,</br></br>Defendants. | Civil Action</br>No. 14-11550-PBS |

## NOTICE OF APPEARANCE

Kindly enter the appearance in the above-titled action of Patrick T. Uiterwyk, Esq., of the law firm Nelson Mullins Riley & Scarborough, LLP, as counsel for the Plaintiff Abdulrahman Alharbi.

ABDULRAHMAN ALHARBI

By his attorneys,

/s/ *Patrick T. Uiterwyk*
Peter J. Haley (BBO # 543858)
Patrick T. Uiterwyk (BBO # 665836)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square – 30th Floor
Boston, Massachusetts 02109-2127
Telephone:   (617) 573-4700
Facsimile:   (617) 573-4710
Email: *peter.haley@nelsonmullins.com*
Email: *patrick.uiterwyk@nelsonmullins.com*

Dated: April 22, 2015

## **CERTIFICATE OF SERVICE**

     I, Peter J. Haley, hereby certify that on this 22nd day of April, 2015 this pleading was sent electronically to counsel for the Defendants.

                                                    */s/Patrick T. Uiterwyk*
                                                    Patrick T. Uiterwyk