| | |
|---|---|
| ABDULRAHMAN ALHARBI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENN BECK; THE BLAZE, INC. )<br>MERCURY RADIO ARTS, INC.; and )<br>PREMIERE RADIO NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 14-11550-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance in the above-titled action of Patrick T. Uiterwyk, Esq., of the law firm Nelson Mullins Riley & Scarborough, LLP, as counsel for the Plaintiff Abdulrahman Alharbi.

                                                                       ABDULRAHMAN ALHARBI

                                                                        By his attorney,

                                                                        /s/ *Patrick T. Uiterwyk*
                                                                        Patrick T. Uiterwyk (BBO # 665836)
                                                                         NELSON MULLINS RILEY & SCARBOROUGH LLP
                                                                        One Post Office Square – 30th Floor
                                                                        Boston, Massachusetts 02109-2127
                                                                        Telephone:    (617) 573-4700
                                                                        Facsimile:    (617) 573-4710
                                                                        Email: *patrick.uiterwyk@nelsonnullins.com*

Dated: August 7, 2015

## **CERTIFICATE OF SERVICE**

      I, Patrick T. Uiterwyk, hereby certify that on this 7th day of August, 2015 this pleading was sent electronically to counsel for the Defendants.

                                        */s/Patrick T. Uiterwyk*
                                        Patrick T. Uiterwyk