# United States District Court
# District of Massachusetts

ABDULRAHMAN ALHARBI,
    Plaintiff,

        V.                        CIVIL ACTION NO. 2014-11550-PBS

THE BLAZE, INC.,
GLENN BECK,
MERCURY RADIO ARTS, INC.,
PREMIERE RADIO NETWORKS, INC.,
    Defendants.

## REPORT RE: REFERRAL
## TO ALTERNATIVE DISPUTE RESOLUTION

COLLINGS, U.S.M.J.

Defendant's counsel has sent an e-mail to the Clerk stating, *inter alia,* that the "...client has instructed us that they will not settle the case, and has given us no authority to do so." In these circumstances, with the concurrence of Chief Judge Saris, the mediation set for February 24, 2016 was CANCELLED.

Accordingly, the file is RETURNED to Chief Judge Saris' session. Counsel must comply with the schedule set by Chief Judge Saris on September 28, 2015.

February 25, 2016                          *Robert B. Collings*
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

Copy to:    Chief Judge Saris
                Brendan Garvin, Esquire