UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
ABDULRAHMAN ALHARBI,             )
                                )
                    Plaintiff,  )
                                )
v.                              )            Civil Action
                                )            No. 14-11550-PBS
GLENN BECK; THE BLAZE, INC.;    )
MERCURY RADIO ARTS, INC.; and   )
PREMIERE RADIO NETWORKS, INC.,  )
                                )
                    Defendants. )
_____)

AFFIDAVIT OF COUNSEL AUTHENTICATING
CERTAIN DISCOVERY MATERIALS

I, Peter J. Haley, being of legal age, on oath, do depose and state that:

1.      I represent the Plaintiff  Abdulrahman Alharbi in this action.

2.      Attached hereto as the following Exhibits to this Affidavit are true and accurate copies of materials produced in the course of discovery in this matter:

A.  Deposition Exhibits 63, 65, 69, 70, 71, 72, 73, 75, 76, 77, 83, 86, 87, 89, 90, 94, 95.

B.  Deposition Exhibits 60 and 61.

C.  Deposition Exhibit 88, Pages 0001-00013.

D.  Deposition Exhibit 68, pages 00192- 00193.

E.  Deposition Exhibit 68, page 00835.

F.  Deposition Transcript of Glenn Beck.

G.  Deposition Transcript of Joe Cheatwood.

H.  Deposition Transcript of George (Joe) Weasel, III.

Signed under the penalties of perjury this 29th day of April, 2016.


 /s/ Peter J. Haley
Peter J. Haley

Dated: May 3, 2016

## CERTIFICATE OF SERVICE

I, Peter J. Haley, hereby certify that on this 29th day of April, 2016 this pleading was served on counsel to the Defendants in this action.

*/s/Peter J. Haley*
Peter J. Haley

THE EXHIBITS TO THIS PLEADING HAVE BEEN REDCATED IN ACCORDANCE WITH
THE COURT'S ORDER OF MAY 2, 2016.