*[Handwritten margin note: 6/8/16 Denied as overbroad. Paul's Sans(?)]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABDULRAHMAN ALHARBI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 14-11550-PBS |
| GLENN BECK; THE BLAZE, INC.; ) | |
| MERCURY RADIO ARTS, INC.; and ) | |
| PREMIERE RADIO NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S MOTION TO SEAL CERTAIN PLEADINGS INCLUDING
CONFIDENTIAL INFORMATION
(Opposition to Summary Judgment)

The Plaintiff Abdulrahman Alharbi moves the Court for leave to file Plaintiff's Memorandum In Opposition To Defendants' Motion For Summary Judgment, Plaintiff's Response to Defendant's Statement of Undisputed Material Facts and Plaintiff's Statement of Facts, Affidavit of Counsel and Affidavit of Abdulrahman Alharbi under seal. In support of his motion, the Plaintiff states the following:

1. The Plaintiff has filed his opposition to the Defendants' Motion for Summary Judgment. The pleadings that the Plaintiff seeks to file in support of that motion incorporate and append discovery information that the parties have agreed to treat as "Confidential" in accordance with the Stipulation and Protective Order [Docket No. 66], previously entered in this action. The Plaintiff, accordingly, seeks leave to file those materials under seal.

1