# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
ABDULRAHMAN ALHARBI,           )
                               )
              Plaintiff,       )
                               )
v.                             )   Civil Action
                               )   No. 14-11550-PBS
THEBLAZE, INC.; GLENN BECK;    )
MERCURY RADIO ARTS, INC.; and  )
PREMIERE RADIO NETWORKS. INC.; )
                               )
              Defendants.      )
_____)
```

## ORDER

August 25, 2016

Saris, C.J.

On August 9, 2016, the Court ordered the defendants to disclose the identities of the sources who made statements concerning the plaintiff's involvement in financing the Boston Marathon attacks. The defendants have informed the Court that they will not comply with the Court's order. The parties are ordered to submit briefing that addresses what sanctions the Court should impose and which defendants should be subject to the sanctions. The briefing shall be filed by September 7, 2016.

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge

1