UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDULRAHMAN ALHARBI,<br><br>Plaintiff,<br><br>v.<br><br>GLENN BECK; THE BLAZE, INC.;<br>MERCURY RADIO ARTS, INC.; and<br>PREMIERE RADIO NETWORKS, INC.,<br><br>Defendants. | Civil Action<br>No. 14-11550-PBS |

PLAINTIFF'S RESPONSE TO COURT'S ORDER OF AUGUST 25, 2016

The plaintiff, Abdulrahman Alharbi ("Plaintiff"), responds to the Court's Order of August 25, 2016 [Docket No. 139] by incorporating by reference Plaintiff's Motion for Sanctions and Entry of Default Judgment for Willful Failure to Comply with Order Compelling Disclosure of Identity of Fact Witnesses [Docket No. 141] as if fully set forth herein.

Wherefore, the Plaintiff prays that the Court:

a. enter a default judgment in favor of the Plaintiff against all Defendants in this action;

b. determine the damages incurred by the Plaintiff and enter judgment against all Defendants in that amount, plus interest and costs;

c. award the Plaintiff the value of fees and costs incurred in prosecuting the motion to compel; and

d. grant such other and further relief as is just.

1

ABDULRAHMAN ALHARBI

By his attorneys,

/s/ Peter J. Haley
Peter J. Haley (BBO # 543858)
peter.haley@nelsonmullins.com
Gregory J. May (BBO #642646)
greg.may@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square – 30th Floor
Boston, Massachusetts 02109-2127
Telephone:     (617) 573-4700

Dated: September 7, 2016

## CERTIFICATE OF SERVICE

I, Peter J. Haley, hereby certify that on this 7th day of September, 2016 this pleading was served upon counsel to the Defendants in this action.

*/s/Peter J. Haley*
Peter J. Haley