# EXHIBIT A

Conversation started April 16

 **Banta Singh**                                                    4:44pm
You will burn in hell motherfucking mooslime if you
did kill our people..go die in some saudi shit-hole,
and take your pisslam dirtbag with you piece of
shit.

DEF-0152

ALHARBI 00152

Conversation started April 22

 **Brian Fortney**                                    12:35pm
People know you are a terrorist, and you were
involved in the Boston marathon..the government
had you on a watch list, and yet you were at the
marathon the day the bomb went off..that was no
coincidence...may you burn in Hell!

DEF-0153

ALHARBI 00153

Conversation started April 23, 2013

 **Charles Edward Burns**                                    4/23, 2:21am
You lucky bastard your probably already home in your
country safe from justice you are a classified as a 3B
terrorists and if your still here you better hope Obama
gets you out soon because we are on to you and
thousand are calling their senators tomorrow first thing
demandiing you are not deported but instead tried for
your crimes.,

DEF-0154

ALHARBI 00154

Conversation started April 16

 **Chase McMahon**                                    12:00pm
Fucking terrorist, get out of america u saudi bitch

DEF-0155

ALHARBI 00155

Conversation started April 18

 **Chris Langlois**                                             2:47pm
Being deported huh? Our USA government are a
bunch of crooks and murderers to allow someone
like you and your background out of this country. I
know you had involvement with wht appened in
Boston. I KNOW WITHOUT A SINGLE DOUBT.

DEF-0156

ALHARBI 00156

Conversation started April 22



**David Anthony Winkler**                                    4:50pm
Did u bomb boston



**David Anthony Winkler**                                    5:01pm
Why are you tagged by the us government as a 212
3B?

     Sent from Mobile

DEF-0157

ALHARBI 00157

Conversation started April 17



**Ed Atwell**  3:35am
fuck asshole why did u kill those people in boston.

🔲 Sent from Mobile

DEF-0158

ALHARBI 00158

Conversation started April 16

 **Greg Lombardozzi**   ⚲ 2:41pm
You fucking piece of shit! Get the fuck out of our country!

▢ Sent from Bethpage, NY

DEF-0159

ALHARBI 00159

Conversation started April 24

 **Jeff Sash**                                              3:25am
TERRORIST!!!!

DEF-0160

ALHARBI 00160

Conversation started April 18

 **Lance T. Hartley**                                          1:18pm
If your the bomber, your a piece of fucking scum!
May a thousand pigs shit all over your body!

Conversation started April 22

 **Leah Lawson**                                    4:13pm
You are Osama Bin Laden's son....why are you here?
Do you believe as he does? My husband works for
the US government and told me about you, so I had
to ask you myself.

DEF-0162

ALHARBI 00162

Conversation started April 23

 **Lindsay Bizjak**                                   📱 11:10pm
Are you here to hurt us americans? Why do they say
this stuff about you???
http://m.facebook.com/l.php?
u=http%3A%2F%2Fgopthedailydose.com%2F2013%2
F04%2F22%2Fsaudi-person-of-interest-is-osama-
bin-ladens-son%2F&h=VAQEWMlYc&s=1

📱 Sent from Mobile

DEF-0163

ALHARBI 00163

Conversation started April 22

 **Lindsay DAmelio**    📱 4:52pm
Fuck u, fuck Allah, fuck obama you murder eight
year boy defenseless little boy ... May you feel the
wrath of my god.... i hope magits eat u from the
inside out

📱  Sent from Mobile

DEF-0164

ALHARBI 00164

Conversation started April 17, 2013

 **Matthew Edward**                                    4/17, 11:20pm
You piece of shit

DEF-0165

ALHARBI 00165



**Red Neck Feller**

Sorry to hear about the powder burns on your hands from the bomb your friends set off in boston. Also sorry to hear our govt is wanting to deport your ass I would love to see your neck get stretched by a good ole fashion rope. Hopefully you except my friend request so I can remind you everyday of how much we americans hate terrorists

April 22 at 10:29pm · 🌐

DEF-0166

ALHARBI 00166

Conversation started April 17

 **Richard Roush**                                          📱 11:02pm
Glad your bomb making ass is gone. We will see you
again.....

📱  Sent from Mobile

Conversation started April 16

 **Tex Texan**                                      ◦ 9:34pm
Fuck you! Piss on moohamed the child molester.
You are as low as a pigs scrotum you filthy sand
nigger. Go kill yourself you mooslim scum.

▢  Sent from Rosewood Park, PA

DEF-0168

ALHARBI 00168



ALHARBI 00257



ALHARBI 00258



ALHARBI 00259



ALHARBI 00260



ALHARBI 00261



ALHARBI 00262



ALHARBI 00263



ALHARBI 00264



ALHARBI 00265



ALHARBI 00266



ALHARBI 00267



ALHARBI 00268



ALHARBI 00269



ALHARBI 00270



ALHARBI 00271



ALHARBI 00272



ALHARBI 00273



ALHARBI 00274



ALHARBI 00275



ALHARBI 00276



ALHARBI 00277



ALHARBI 00278



ALHARBI 00279



ALHARBI 00280



ALHARBI 00281



ALHARBI 00282



ALHARBI 00283



ALHARBI 00284



ALHARBI 00285



ALHARBI 00286



ALHARBI 00287



ALHARBI 00288



ALHARBI 00289