# EXHIBIT A

## Abdulrahman Alharbi v. Glenn Beck, et al.
## Plaintiff's Preliminary Trial Exhibit List

| Plaintiff's Exhibits | Depo Ex | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| 1. | Alharbi 24 | Brigham and Women's Hospital Discharge Summary DOA: 04/15/2013 | ALHARBI 00106 | ALHARBI 00125 |
| 2. | Alharbi 26 | 06.18.2013 Email from SocialOfficeRSVP@who.eop.gov to abdulrahman.ali.alharbi@gmail.com RE: Invitation to 4th of July at the White House | ALHARBI 00301 | ALHARBI 00302 |
| 3. | Alharbi 41 | Conversation stared April 16 4:44 pm | ALHARBI 00152 | ALHARBI 00168 |
| 4. | 58 | About Glenn / Glenn Beck | - | - |
| 5. | 66 | 04.18.13 Email from Howerton, Jason to Weasel, Joe Subject: Please review, congressional source | DEF-035106 | DEF-035106 |
| 6. | 67 | 04.19.13 Email from Stakelbeck, Erick to Weasel, Joe Subject: Fwd: diana west | DEF-035119 | DEF-035121 |
| 7. | 68 | Transcripts of the Radio Broadcasts | DEF-00871 | NOT SEQUENTIAL |
| 8. | | Videotape of the Broadcasts of April 19, 2013, April 22, 2013, April 24, 2013, May 1, 2013, May 8, 2013, (Defendants' Production) | | |
| 9. | | Videotape of the April 25, 2013 Bill O'Reilly Show (Beck Declaration, Exhibit 6) | | |
| 10. | 69 | 04.20.13 Email from Weasel, Joe to [redacted] Subject: Re: Sunday | DEF-035526 | DEF-035527 |
| 11. | 70 | 04.20.13 Email from Weasel, Joe to Cheatwood, Joel Subject: FW: Sunday | DEF-035530 | DEF-035531 |
| 12. | 71 | 04.20.13 Email from Weasel, Joe to Cheatwood, Joel Subject: Re: just to be safe | DEF-035534 | DEF-035535 |
| 13. | 72 | 04.20.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: just to be safe | DEF-035129 | DEF-035130 |
| 14. | 73 | 04.20.13 Email from Weasel, Joe to Cheatwood, Joel Subject: Re: may have to go to [redacted] | DEF-035538 | DEF-035538 |
| 15. | 74 | 04.21.13 Email from David Hemenway to Weasel, Joe Subject: Re: House of Saud and Beck | DEF-035137 | DEF-035141 |
| 16. | 75 | 04.21.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: may have to go to [redacted] | DEF-035148 | DEF-035149 |

| Plaintiff's Exhibits | Depo Ex | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| 17. | 76 | 04.21.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: may have to go to [redacted] | DEF-035150 | DEF-035152 |
| 18. | 77 | 04.21.13 Email from [redacted] to Weasel, Joe Subject: RE: Sunday | DEF-035180 | DEF-035182 |
| 19. | 78 | 04.21.13 Email from Cheatwood, Joel to Weasel, Joe; Siegel, Tiffany Subject: For Call | DEF-035079 | DEF-035086 |
| 20. | 79 | 04.21.13 Email from Cheatwood, Joel to Siegel, Tiffany Subject: Re: For Call | DEF-035205 | DEF-035213 |
| 21. | 80 | 04.21.13 Email from Patrick S. Poole to Grace, Virginia Subject: Re: tomorrow | DEF-035232 | DEF-035233 |
| 22. | 81 | 04.21.13 Email from Cheatwood, Joel to Siegel, Tiffany; Weasel, Joe Subject: Fwd: tomorrow | DEF-035234 | DEF-035235 |
| 23. | 82 | 04.22.13 Email from Dan Andros to Burguiere, Stu Subject: Re: Saudi | DEF-036468 | DEF-036468 |
| 24. | 83 | 04.22.13 Email from Grace, Virginia to Cheatwood, Joel Subject: RE: On Background from Sara | DEF-035262 | DEF-035264 |
| 25. | 84 | 04.22.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: On Background from Sara | DEF-035274 | DEF-035277 |
| 26. | 85 | 04.22.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Fwd: Real News | DEF-035281 | DEF-035281 |
| 27. | 86 | 04.22.13 Email from Baker, Scott to Cheatwood, Joel Subject: [redacted]story | DEF-036237 | DEF-036239 |
| 28. | 87 | 04.22.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: [redacted]story | DEF-035293 | DEF-035296 |
| 29. | 88 | 04.23 13 CQ CONGRESSIONAL TRANSCRIPTS Congressional Hearings Senate Judiciary Committee Holds Hearing on S 744 Concerning Immigration Overhaul Legislation | ICE.14-11550.000001 | ICE.14-11550.000074 |
| 30. | 89 | 04.23.13 Email from [redacted] to Weasel, Joe Subject: Re: this is what is coming out -- can you help? | DEF-035305 | DEF-035308 |
| 31. | 90 | 04.23.13 Email from Weasel, Joe to Cheatwood, Joel Subject: FW: this is what is coming out -- can you help? | DEF-035672 | DEF-035673 |
| 32. | 92 | 04.24.13 Email from Weasel, Joe to Scott Baker Subject: Re: New Information | DEF-035674 | DEF-035674 |
| 33. | 93 | 04.24.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: New Information | DEF-035330 | DEF-035333 |
| 34. | 94 | 04.24.13 Email from Cheatwood, Joel to Hall, Glenn; Weasel, Joe Subject: Re: New Information | DEF-036118 | DEF-036123 |

| Plaintiff's Exhibits | Depo Ex | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| 35. | 95 | 04.24.13 Email from Weasel, Joe to Cheatwood, Joel Subject: Re: New Information | DEF-035711 | DEF-035719 |
| 36. | 96 | 04.24.13 Email from Johnson, Sara to Hall, Glenn Subject: Re: #2123b | DEF-001025 | DEF-001025 |
| 37. | 97 | 06.30.14 Business - Forbes Lists Glenn Beck as One of the World's Most Powerful Celebrities - and They Rank Him Ahead of Some Big Names | | |
| 38. | 98 | USD-Constant 2013 Revenue Spreadsheet - 18168 - Glenn Beck | DEF-047596 | DEF-047597 |
| 39. | 99 | 05.16.13 Email from Balfe, Christopher to Polke, Carolyn Subject: Fwd: uv drop | DEF-035045 | DEF-035051 |
| 40. | 100 | 05.01.13 Email from Quist (Jennings), Erica to TheBlaze Edit Subject: April SEO Report | DEF-001040 | DEF-001043 |
| 41. | 102 | Mercury Radio Arts & TheBlaze Television and Radio revenue For the quarter ended June 30, 2013 | DEF-047619 | DEF-047619 |
| 42. | 103 | Mercury Radio Arts & TheBlaze Television and Radio Revenue For the quarter ended June 30, 2013 | DEF-047620 | DEF-047620 |
| 43. | 104 | 04.25.13 Email from eis@mlb.com to Martin.Keely@mlb.com; Piatt, Rance; TheBlaze TV Reports Subject: Partner Sites Media Usage - TheBlaze TV Report | DEF-001910 | DEF-001984 |
| 44. | 106 | 05.22.13 Email from Baker, Scott to Kitchin, Kraig Subject: Fwd: uv drop | DEF-036254 | DEF-036257 |
| 45. | 107 | 04.19.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: 2010: 3 Pakistanis arrested in Watertown, Mass in connection with Times Sq bombing | DEF-035109 | DEF-035110 |
| 46. | 108 | 04.20.13 Email from Grace, Virginia to Weasel, Joe Subject: Fwd: Glenn Beck// The Blaze Request | DEF-035124 | DEF-035124 |
| 47. | 109 | 04.20.13 Email from Cheatwood, Joel to Weasel, Joe Subject: Re: may have to go to [redacted] | DEF-035131 | DEF-035131 |
| 48. | 113 | 04.25.13 Email from Creter, Brian to Cheatwood, Joel Subject: FW: For GB | DEF-035052 | DEF-035052 |
| 49. | 114 | 04.25.13 Email from Josh Raffel to Balfe, Christopher Subject: FW: reporter seeking information for a story | DEF-001135 | DEF-001137 |
| 50. | 142 | 04.27.13 Email from Steward, Michael L. to jwilkinson@els.edu Subject: Abdulrahman Alharbi | ALHARBI 01024 | ALHARBI 01024 |
| 51. | 156 | 04.22.13 Email from Weasel, Joe to saraanne21@gmail.com Subject: something to ponder...call if you can | DEF-035619 | DEF-035620 |
| 52. | 157 | 04.23.13 Email from Orr, Tom to Weasel, Joe | DEF-047567 | DEF-047568 |

| Plaintiff's Exhibits | Depo Ex | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| | | Subject: Re: Hey | | |
| 53. | 158 | 04.24.13 Email from Weasel, Joe to Hall, Glenn Subject: Re: New Information | DEF-035697 | DEF-035700 |
| 54. | | 04.16.13 facebook.com - Chase McMahon thru Leah Lawson [messages] *only pp ALHARBI 00257, 00260-263, 00267-268, 00271, 00275, 00277-287, and 00289 | ALHARBI 00257 | ALHARBI 00289* |
| 55. | | TheBlaze Gov Patrick: 'Chilling' Video Shows Bombing Suspect Drop His Bag & Take Cover | ALHARBI 00171 | ALHARBI 00171 |
| 56. | | 04.16.13 Investigation widens as search of Saudi national's apartment turns up nothing terrorism related | ALHARBI 00084 | ALHARBI 00088 |
| 57. | | 04.16.13 The Boston Globe Metro - Revere man not suspect in bombing | ALHARBI 00089 | ALHARBI 00090 |
| 58. | | 04.16.13 The Boston Globe Metro - 3 killed in Marathon blasts | ALHARBI 00077 | ALHARBI 00083 |
| 59. | | Agreement between Premiere Radio Networks, Inc. and Mercury Radio Arts, Inc. dated March 16, 2012 and associated amendments and supplements (Affidavit of Julie Talbot, Exhibit 1) | DEF-047621 | DEF-047660 |
| 60. | | 04.19.13 Email from Millett, Sean P. to Millett, Sean P. Subject: FW: Alharbi No Fly - UNCLASSIFIED | CHAMBERS-FBI0165 | CHAMBERS-FBI0165 |
| 61. | | 04.16.13 Email from Farmer, James to Ortiz Camen, et al. Subject: FW: Boston Marathon Bombing Update 4/16/2013 @ 1:18 AM | CHAMBERS-USAO0007 | CHAMBERS-USAO0007 |
| 62. | | Intelligence Summary as of 0500 16 April 2013 | CHAMBERS-USAO0082 | CHAMBERS-USAO0082 |
| 63. | | 04.16.13 Email from McFarlane, Aaron to Bookbinder, Adam Subject: Revere roommates | CHAMBERS-USAO0086 | CHAMBERS-USAO0086 |
| 64. | | 04.16.13 Email from [redacted] to [redacted] Subject: Re: Explosion at Boston Marathon | CHAMBERS-ICE0094 | CHAMBERS-ICE0101 |
| 65. | | 04.17.13 Email from [redacted] to [redacted] Subject Re: FW: [redacted] Update #11: Boston Marathon Explosions | CHAMBERS-ICE0108 | CHAMBERS-ICE0111 |
| 66. | | 04.23.13 Email from Feinstein, Ross to [redacted] Subject: RE: Fake? | CHAMBERS-ICE0135 | CHAMBERS-ICE0137 |
| 67. | | Bank of America - Account 004636427684 - Time Period 12/22/2012-04/15/2013 - Withdrawals by Payee | CHAMBERS-FBI0070 | CHAMBERS-FBI0086 |
| 68. | | 04.16.13 Unclassified // FOUO Federal Bureau of Investigation - Allison Orr | CHAMBERS-FBI0142 | CHAMBERS-FBI0142 |

| Plaintiff's Exhibits | Depo Ex | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| 69. | | 04.16.13 Unclassified // FOUO Federal Bureau of Investigation - Kathryn Orellana | CHAMBERS-FBI0144 | CHAMBERS-FBI0144 |
| 70. | | 04.15.13 Email re_Marathon_Incident_-_Update_1 From: Kimball, Steven A. to Vonkleinsmid, Kristen | CHAMBERS-FBI0146 | CHAMBERS-FBI0146 |
| 71. | | 05.10.13 Federal Bureau of Investigation - Abdulrahman Al-Harbi | CHAMBERS-FBI0189 | CHAMBERS-FBI0190 |
| 72. | | 04.20.13 Federal Bureau of Investigation - SAs Kelleher and Heap assigned to Brigham and Women's Hospital | CHAMBERS-FBI0191 | CHAMBERS-FBI0193 |
| 73. | | 06.05.13 Email from [redacted] to [redacted] Subject: Re: As requested Subject, ALHARBI | CHAMBERS-CBP000002 | CHAMBERS-CBP000002 |
| 74. | | 04.18.13 Email from [redacted to [redacted] Subject: RE: ALHARBI | CHAMBERS-CBP000037 | CHAMBERS-CBP000037 |
| 75. | | 04.18.13 Email from [redacted to [redacted] Subject: RE: ALHARBI | CHAMBERS-CBP000038 | CHAMBERS-CBP000038 |
| 76. | | 04.17.13 Email from [redacted to [redacted] Subject: RE: ALHARBI | CHAMBERS-CBP000048 | CHAMBERS-CBP000048 |