# EXHIBIT B

**Abdulrahman Alharbi v. Glenn Beck, et al.**
**Defendants' Preliminary Trial Exhibit List**

| Depo. Ex. No. | Date(s) | Bates No. |
|---|---|---|
| 30 (part of) | Various dates between 2010 and 2011 | |
| 30 (part of) | 09/04/12 | |
| 16 | 04/16/13 | |
| 35 | 12/17/15 | |
| | 05/21/13 | DEF-0099 – DEF-0105 |
| 134 | 05/21/13 | ALHARBI 00372 – ALHARBI 00378 |
| 133 | Various dates between April 2013 – June 2015 | ALHARBI 01113 - ALHARBI 01141; ALHARBI 01145 – ALHARBI 01153 |
| 136 | 06/11/13 | ALHARBI 00785 – ALHARBI 00789 |
| 142 | 04/27/13 | ALHARBI 01024 |
| 40 | April 2013 | DEF-0167 – DEF-0170 |
| 125 | 03/03/16 | |
| | Letter dated 03/04/16 from Michael Grygiel to Peter Haley | |
| 127 | 10/16/12 | |
| | April 2013 | ALHARBI 00494 – ALHARBI 00495 |
| 130, 131 | 04/18/13 | |
| 129 | 04/23/13 | |
| 36 | 04/18/13 | DEF-0160 – DEF-0166 |
| | 04/25/13 | ALHARBI 01159 |
| 141 | 04/18/13 | ALHARBI 00504 – ALHARBI 00506 |
| 137 | 05/29/13 | ALHARBI 01155 – ALHARBI 01157 |
| 132 | 03/25/16 | |
| 138 | Various dates between 04/16/13 – 12/02/14 | ALHARBI00467; ALHARBI 01142 – ALHARBI 01144; ALHARBI00484; ALHARBI00475 |
| 139 | 01/26/16 | ALHARBI00387 |

| Depo. Ex. No. | Date(s) | Bates No. |
|---|---|---|
|  | Various dates between 06/03/13 – 01/15/14 | ALHARBI00493 |
|  | 04/20/13 | ALHARBI 00109 |
|  | 04/20/13 | ALHARBI 00125 |
|  | 04/20/13 | ALHARBI 00109 |
| 25 | 04/20/13 | ALHARB 00295 |
| 140 | Various dates between 04/16/13 – 06/10/13 | ALHARBI 01160 |
| 143 | Various dates between 05/28/13 – 02/26/14 | ALHARBI 00542; ALHARBI 00544 – ALHARBI 00545; ALHARBI 00954; ALHARBI 00546 – ALHARBI 00547; ALHARBI 00954; ALHARBI 00956 - ALHARBI 00957; ALHARBI 01001 – ALHARBI 01002; ALHARBI 01016; ALHARBI 00530; ALHARBI 00532; ALHARBI 00521; ALHARBI 00910 |
| 144 | 04/10/14 | ALHARBI 00586 |
|  | 05/29/13 | ALHARBI 01036 ALHARBI 01038 |
|  | E-mail dated 03/25/16 from Peter Haley to Michael Grygiel |  |
|  | 06/05/13 | One Fund (no bates) |
|  | 06/28/13 | One Fund (no bates) |
|  | 07/01/14 | One Fund (no bates) |
|  | Various dates between 07/10/14 – 07/21/14 | One Fund (no bates) |
|  | 09/19/14 | One Fund (no bates) |
| 1 | 05/11/15 |  |

| Deposition Exhibit No. | Date | Bates Label |
|---|---|---|
|  | Various dates between 04/15/13 - 04/23/13 | FBI0008 107 FBI0039 (no bates) FBI0061 FBI0063 ICE.14-11550 00079 ICE.14-11550 00103 ICE.14-11550 00137 ICE.14-11550 00140 – ICE.14-11550 00142 ICE.14-11550 00194 – ICE.14-11550 00206 (no bates) ICE.14-11550 00210 ICE.14-11550 00214 ICE.14-11550 00226 ICE.14-11550 00237 ICE.14-11550 00244 025 105 111 – 112 121 |
|  | 04/22/13 | DEF-035411 – DEF-35420 |
|  | Various dates between 04/18/13 – 08/06/13 | DEF-0001 – DEF-0028 |
| 88 | 04/23/13 | ICE.14-11550 00001 – ICE.14-11550 00074 |
|  | March 2014 | DEF-0029 – DEF-0066 |
| 4 | 08/28/12 |  |
| 5 | 10/28/11 |  |
|  | 04/22/13 | Findlay Production (no bates) |
|  | 10/28/14 |  |
|  | 04/15/13 | 001 – 002 145 – 146 |
|  | Various dates between 10/16/14 – 10/20/14 | ALHARBI00380 – ALHARBI00381 |
|  | 10/24/14 | 147 |

| Deposition Exhibit No. | Date | Bates Label |
|---|---|---|
|  | Various dates between 03/16/12 – 11/19/13 | DEF-047621 – DEF-047660 |
|  | 04/15/13 | AR-FBI0007 – AR-FBI0008 |
| 71 | 04/20/13 | DEF-035534 – DEF-035535 |
| 72 | 04/20/13 | DEF-035129 – DEF-035130 |
|  | Various dates between 04/20/13 – 04/21/13 | DEF-035180 – DEFDEF-035182 |
|  | Various dates between 04/20/13 – 04/21/13 | DEF-035173 – DEF-035176 |
|  | 04/21/13 | DEF-035580 – DEF-035589 |
|  | 04/21/13 | DEF-035578 – DEF-035579 |
|  | 04/22/13 | DEF-035607 – DEF-035608 |
|  | 04/22/13 | DEF-047550 |
|  | 04/22/13 | DEF-035621 – DEF-035625 |
|  | Various dates between 04/23/13 – 04/24/13 | DEF-036674 – DEF-035677 |
|  | Various dates between 04/23/13 – 04/24/13 | DEF-035711 – DEF—35719 |
|  | Various dates between 04/23/13 – 04/24/13 | DEF-036118 – DEF-036123 |
|  | 04/26/13 | DEF-035053 – DEF-035054 |
|  | Various dates between 07/09/13 – 07/10/13 | DEF-035490 – DEF-035496 |

| Deposition Exhibit No. | Date | Bates Label |
|---|---|---|
|  | Various dates between 04/16/13 – 04/24/13 | DEF-035101; DEF-035180 – DEF-035182; DEF-035580 – DEF-035589; DEF-035607 – DEF-035608; DEF-035260 – DEF-035261; DEF-035303 – DEF-035304; DEF-035073 – DEF-035074; DEF-035309 – DEF-035310; DEF-035374 – DEF-035477 |
| 65 | 04/18/13 | DEF-035517 |
| 60 | 04/24/13 | DEF-047610 – DEF-047613 |
| 61 | 04/24/13 | DEF-037614 |
|  | 04/22/13 | DEF-035262 – DEF-035264 |
|  | 04/22/13 | DEF-035303 – DEF-035304 |
|  | 04/22/13 | DEF-035281 |
|  | 04/19/13 | Waiting on # |
|  | 04/22/13 | Waiting on # |
|  | 04/24/13 | Waiting on # |
|  | 04/25/13 | Waiting on # |
|  | 05/01/13 | Waiting on # |
|  | 05/08/13 | Waiting on # |