UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDULRAHMAN ALHARBI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENN BECK; THE BLAZE, INC.; )<br>MERCURY RADIO ARTS, INC.; and )<br>PREMIERE RADIO NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 14-11550-PBS |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TRANSCRIPTS

The Plaintiff designates the following portions of testimony provided at deposition in this matter. The Plaintiff specifically reserves the right to alter, amend and supplement these designations based on the Court's pre-trial rulings. The Plaintiff makes these designations based on the understanding and belief that Glenn Beck, Joel Cheatwood and George (Joe) Weasel will respond to subpoenas in this action and make themselves available for testimony at trial.

Deponent: Misty Kawecki  -Rule 30(b)(6) representative

Date: March 15, 2016

Transcript Excerpts:

Page 4, lines 9-10, 16-24
Page 5, line 1 to Page 6, line 1.
Page 7, lines 15 -19
Page 9, line 19 to Page 10, line 7
Page 11, lines 1-11.
Page 14, line 14 to Page 16, line 2
Page 17, lines 3 to Page 18, line 16
Page 21, line 18 to Page 29, line 12
Page 32, line 17 to Page 33, line 18.

/s/ Peter J. Haley
Peter J. Haley (BBO # 543858)
Gregory J. May (BBO# 642646)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square – 30th Floor
Boston, Massachusetts 02109-2127
Telephone:   (617) 573-4700
Facsimile:    (617) 573-4710
Email: *peter.haley@nelsonmullins.com*
         *greg.may@nelsonmullins.com*

Dated: September 7, 2016

## **CERTIFICATE OF SERVICE**

      I, Peter J. Haley, hereby certify that on this 7th day of September, 2016 this pleading was served upon counsel to the Defendants in this action.

                                  */s/Peter J. Haley*
                                  Peter J. Haley