UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ABDULRAHMAN ALHARBI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-11550-PBS |
| GLENN BECK; THE BLAZE, INC.; MERCURY RADIO ARTS, INC.; and PREMIERE RADIO NETWORKS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S WITNESS AND EXHIBIT LISTS

The Plaintiff has identified proposed witnesses and exhibits to be offered by the Plaintiff at the trial of this action and incorporated that information in the Joint Pre-Trial Memorandum filed herewith. The Plaintiff incorporates that information as if fully set forth herein.

ABDULRAHMAN ALHARBI

By his attorneys,

/s/ Peter J. Haley
Peter J. Haley (BBO # 543858)
Gregory J. May (BBO# 642646)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square – 30th Floor
Boston, Massachusetts 02109-2127
Telephone:    (617) 573-4700
Facsimile:     (617) 573-4710
Email: *peter.haley@nelsonmullins.com*
           *greg.may@nelsonmullins.com*

Dated: September 7, 2016

## **CERTIFICATE OF SERVICE**

      I, Peter J. Haley, hereby certify that on this 7th day of September, 2016 this pleading was served upon counsel to the Defendants in this action.

                                      */s/Peter J. Haley*
                                      Peter J. Haley