# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Abdulrahman Alharbi<br>    Plaintiff<br><br>             V.<br><br>The Blaze, Inc. et al<br>    Defendants | CIVIL ACTION<br><br>NO. 1:14-cv-11550-PBS |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, Chief Judge

The Court having been advised on September 13, 2016, by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

September 13, 2016              /s/ C. Geraldino-Karasek

    Date                        Deputy Clerk